[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
_____

No. 00-15981
_____

D.C. Docket No. 00-9009

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 9 2000
THOMAS K. KAHN
CLERK

NED L. SIEGEL,
GEORGETTE SOSA DOUGLAS, et al.,

Plaintiffs-Appellants,

versus

THERESA LEPORE,
CHARLES E. BURTON, et al.,

Defendants-Appellees.

_____

On Appeal from the United States District Court for the
Southern District of Florida
_____

**ON PETITION FOR REHEARING**

BEFORE:   ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, COX, BIRCH,
DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and
WILSON, Circuit Judges.

BY THE COURT:

Appellants' Petition for Rehearing is DENIED.  Judges Tjoflat, Birch, Dubina

and Carnes dissent.

ENTERED FOR THE COURT:


/s/ R. Lanier Anderson III
     CHIEF JUDGE